IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-0545-CV-W-NKL-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Defendant's Motion to Reverse and Remand and for Entry of Final Judgment with Suggestions in Support [Doc. # 17]. Defendant makes its request so as to allow the ALJ an opportunity to make a new residual functional capacity finding and allow all parties to supplement the evidence in the record. Plaintiff agrees that the Court will best serve justice by granting Defendant's motion.

For good cause shown, the Court grants Defendant's Motion to Reverse and Remand [Doc. # 17]. The decision of the Administrative Law Judge is hereby REVERSED. This matter is REMANDED to Defendant pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                               s/ Nanette K. Laughrey

                                            NANETTE K. LAUGHREY
                                            United States District Judge

Dated: March 29, 2007
Jefferson City, Missouri