# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-0545-CV-W-NKL-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Jennifer Smith's Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. # 21]. For the reasons set forth below, the Court grants Smith's Motion.

In an Order dated March 29, 2007, the Court reversed the decision of the ALJ and remanded the case to Defendant pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Smith subsequently filed her pending Motion wherein she requested attorney's fees. Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity. The parties agree that Smith's attorney is entitled to $4,250.00 in fees. After consideration, the Court finds that the fees agreed to by the parties are reasonable.

Accordingly, it is hereby

ORDERED that Smith's Motion for Attorney's Fees [Doc. # 21] is GRANTED. Smith's attorney is awarded $4,250.00 in attorneys' fees, which shall be made payable to James H. Green, attorney for Smith.

    s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 24, 2007
Jefferson City, Missouri